COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| CHARLES COLLINS AND LINDA COLLINS, | § | No. 08-17-00213-CV |
| | § | |
| Appellants, | | Appeal from the |
| | § | |
| v. | | County Court at Law No. 3 |
| | § | |
| CESAR VIVANCO, M.D., | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2014DCV2729) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants and their sureties, if any, all costs, both in this Court and the court below. *See* TEX. R. APP. P. 43.5. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF APRIL, 2020.


GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.